STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. BER-NARD KATZ, PLAINTIFF IN ERROR.

Submitted May 29, 1925—Decided October 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 228.

For the plaintiff in error, *Milton M. Unger.*

For the defendant in error, *John O. Bigelow.*

*102 N. J. L.* State v. Malay.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MC-GLENNON, KAYS, JJ. 11.

*For reversal*—None.